```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 59545
    LARRY O JONES
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-3985

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 10/15/2005 and was confirmed 01/09/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  46.61%.

    The case was paid in full 08/22/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
OCWEN LOAN SERVICING LLC   CURRENT MORTG         .00            .00            .00
BP AMOCO                   NOTICE ONLY     NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED          658.91            .00         307.12
CAPITAL ONE                NOTICE ONLY     NOT FILED            .00            .00
CAPITAL ONE SERVICES       UNSECURED       NOT FILED            .00            .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED            .00            .00
CINGULAR                   NOTICE ONLY     NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED          310.00            .00         144.49
CROSS COUNTRY              NOTICE ONLY     NOT FILED            .00            .00
CROSS COUNTRY BANK         NOTICE ONLY     NOT FILED            .00            .00
CROSS COUNTRY BANK         NOTICE ONLY     NOT FILED            .00            .00
CROSS COUNTRY BANK         NOTICE ONLY     NOT FILED            .00            .00
B-LINE LLC                 UNSECURED         3294.38            .00        1535.54
DEBT WRIGHT FINANCIAL      UNSECURED         7550.54            .00        3519.38
DEBT WRIGHT FINANCIAL      UNSECURED       NOT FILED            .00            .00
FORD MOTOR CREDIT          SECURED NOT I        .00            .00            .00
GAS LINE COMFORT GUARD     NOTICE ONLY     NOT FILED            .00            .00
GAS LINE COMFORT GUARD     UNSECURED       NOT FILED            .00            .00
HAMMOND RADIOLOGISTS       UNSECURED          161.00            .00          75.04
LANSING POLICE & FIRE      UNSECURED       NOT FILED            .00            .00
MEDICREDIT CORPORATION     UNSECURED       NOT FILED            .00            .00
MEDICREDIT CORPORATION     UNSECURED       NOT FILED            .00            .00
RADIOLOGY CENTER SC        UNSECURED       NOT FILED            .00            .00
SHELL                      NOTICE ONLY     NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED          832.04            .00         387.82
SOUTH HOLLAND FIRE DEPT    UNSECURED       NOT FILED            .00            .00
THE HOME SHOPPING NETWOR   NOTICE ONLY     NOT FILED            .00            .00
THE HOME SHOPPING NETWOR   UNSECURED       NOT FILED            .00            .00
WELLS FARGO FINANCIAL      NOTICE ONLY     NOT FILED            .00            .00
WELLS FARGO FINANCIAL      UNSECURED       NOT FILED            .00            .00
WITVOET PLUMBING INC       UNSECURED       NOT FILED            .00            .00
WITVOET PLUMBING           NOTICE ONLY     NOT FILED            .00            .00
```

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 59545 LARRY O JONES

```
OCWEN LOAN SERVICING LLC  MORTGAGE ARRE    1944.09             .00      1944.09
ROUNDUP FUNDING LLC       SECURED          3188.28         1083.23      3188.28
HUDSON & KEYSE            UNSECURED        2980.97             .00      1389.46
B-LINE LLC                UNSECURED        2057.07             .00       958.82
ASSET ACCEPTANCE LLC      UNSECURED         345.81             .00       161.19
BP AMOCO                  NOTICE ONLY    NOT FILED            .00           .00
STARKS & BOYD PC          DEBTOR ATTY     1,594.00                     1,594.00
TOM VAUGHN                TRUSTEE                                      1,111.57
DEBTOR REFUND             REFUND                                          51.39

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE              17,451.42

PRIORITY                                        .00
SECURED                                    5,132.37
    INTEREST                               1,083.23
UNSECURED                                  8,478.86
ADMINISTRATIVE                             1,594.00
TRUSTEE COMPENSATION                       1,111.57
DEBTOR REFUND                                 51.39
                    ---------------     ---------------
TOTALS               17,451.42             17,451.42
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 11/27/07         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                        PAGE   2
         CASE NO. 05 B 59545 LARRY O JONES